IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRYAN ANGER and                                    :
MARIE ANGER,                                       :
      Plaintiffs,                                  :
                                                   :
      v.                                           :      C.A. No. 13-480M
                                                   :
MORTGAGE ELECTRONICS REGISTRATION               :
SYSTEMS, INC., ALIAS, ET AL                        :
      Defendants.                                  :

## NOTICE OF DISMISSAL WITH PREJUDICE

    Plaintiffs hereby voluntarily dismiss with prejudice the complaint against Government

National Mortgage Association in the above-captioned matter with each party to bear its own

costs.

                         Respectfully submitted,

                         BRYAN ANGER and
                         MARIE ANGER

                         By their attorneys,

May 21, 2014

                         /s/_John B. Ennis_____
                         JOHN B. ENNIS (#2135)
                         1200 Reservoir Avenue
                         Cranston, RI  02920
                         (401) 943-9230
                         Email: jbelaw@aol.com

2

Respectfully submitted,

Government National
Mortgage Association
By its attorneys,

May 21, 2014

/s/_Richard Myrus_____
RICHARD MYRUS, ESQ.
US Attorney's Office
50 Kennedy Plaza
8th Floor
Providence, RI 02903
Email: Richard.Myrus@usdoj.gov


CERTIFICATION

I hereby certify that on May 21, 2014, the within Notice of Dismissal With Prejudice was filed electronically with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System, and is available for viewing and downloading from the ECF system.


/s/ John B. Ennis
JOHN B. ENNIS